AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

United States Courts
Southern District of Texas
FILED
*10/03/20*
David J. Bradley, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jose Galvan GONZALEZ-Galvan | ) | Case No. M-20-2045-M |
| IAE: Mexico | ) | |
| YOB: 1980 | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **October 2, 2020** in the county of **Hidalgo** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 554<br>50 USC 4819 | Did knowingly and willfully attempt to export or send from the Untied States, any article, or object, to wit: one Ruger .380 pistol and approximately 40 rounds of 9mm ammunition, as defined by the Commerce Control List, contrary to any law or regulation of the United States, in that the Defendant had not obtained a license or written authorization for such export, in violation of Title 50, United States Code Section 4819 and Title 15, Code of Federal Regulations, Section 730 et seq., all in violation of Title 18, United States Code, Section 554. |

This criminal complaint is based on these facts:
See Attachment A

☒ Continued on the attached sheet.

Approved by AUSA Sarina DiPiazza

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. 4.1, and probable cause found on:

Sworn to before me and signed in my presence.

Date: **10/3/2020 @ 1:17PM**

City and state: McAllen, Texas

/S/ Gregory Connolly
*Complainant's signature*

Gregory Connolly, HSI Special Agent
*Printed name and title*

*Judge's signature*

J. Scott Hacker, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT "A"

On Friday, October 2, 2020, at approximately 0710hrs, The Bureau of Alcohol Tobacco, Firearms and Explosives (ATF) Special Agents (SAs) contacted a Homeland Security Investigations (HSI) McAllen SA and requested assistance with surveillance.

ATF had received information from a local sporting goods store located in the Southern District of Texas about an individual who has purchased a large number of firearms over the past year. ATF SAs responded to the local sporting goods store and conducted surveillance. While on surveillance, ATF SAs were able to witness the individual (later identified as Jose Joaquin Galvan GONZALEZ, hereinafter known as GONZALEZ) purchase and pay for a Ruger .380 firearm, as well as an unknown amount of ammunition. GONZALEZ then exited the store and drove to a bank.

HSI SAs joined on surveillance and continued to monitor GONZALEZ. While on surveillance, ATF SAs learned GONZALEZ had contacted another Federal Firearm Licensee (FFL) located in the Southern District of Texas and asked the FFL if they had a specific firearm. GONZALEZ then stated to the FFL that he was going to visit the store after he was done at the sporting goods store.

HSI SAs and ATF SAs maintained surveillance on GONZALEZ throughout the day. Eventually, GONZALEZ drove to the Hidalgo Port of Entry (POE) and began driving outbound from the United States and into the southbound inspection lane destined for Mexico. At approximately 1550hrs, GONZALEZ was selected for an outbound inspection. During the inspection, GONZALEZ stated to a Customs and Border Protection Officer (CBPO) that he was traveling to his mother's house in Reynosa, Tamaulipas Mexico. The CBPO asked the subject to turn his vehicle off and obtained a negative declaration for weapons, ammunition and money over $10,000. GONZALEZ was asked if he had any weapons, knives or needles on his body to which he responded, "No, I don't have anything on me, but there is a small knife in my truck." The subject was escorted to a secure location at outbound secondary. A pat down was conducted by a CBPO and during the pat down, a Ruger .380 handgun was found concealed in GONZALEZ's groin area. Furthermore, ammunition was found concealed in both of his shoes.

HSI SAs arrived at approximately 1600hrs to conduct a post-Miranda interview of GONZALEZ. The interview began at approximately 1650hrs. After an HSI Task Force Officer (TFO) read GONZALEZ his rights, GONZALEZ requested an attorney and the interview was immediately terminated.

1